IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEALED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 AUG 16 AM 11: 20
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MELANIE MARGARET MCDONALD and
ANNE MARIE FLYNN,

Defendants.

8:22CR189

INDICTMENT
21 U.S.C. § 846

The Grand Jury charges that:

## COUNT I

Beginning on or about October 1, 2020, and continuing to on or about October 14, 2021, in the District of Nebraska, Defendants MELANIE MARGARET MCDONALD and ANNE MARIE FLYNN did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL.

_____
FOREPERSON

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

THOMAS J. KANGIOR
Assistant United States Attorney